478 F.2d 702
 21 Wage & Hour Cas. (BN 109, 21 Wage & Hour
Cas. (BN 316,
71 Lab.Cas. P 32,923
 Peter J. BRENNAN, Secretary of Labor, United States
Department of Labor, Plaintiff-Appellant,
v.
Edward F. MAULDIN, in his Individual capacity and as
Administrator of the Estate of Leonard S. Preuit,
Defendant-Appellee.
 No. 72-3517.
 United States Court of Appeals,
Fifth Circuit.
 June 15, 1973.
Rehearing and Rehearing En Banc Denied Aug. 7, 1973.
 
 Richard F. Schubert, Sol. of Labor, U.S. Dept. of Labor, Washington, D.C., Beverley R. Worrell, Regional Sol., U.S. Dept. of Labor, Atlanta, Ga., Sandra P. Bloom, Dept. of Justice, Washington, D.C., Norman H. Winston, Associate Regional Sol., George D. Palmer, Atty., U.S. Dept. of Labor, Birmingham, Ala., Carin Ann Clauss, Donald S. Shire, Dept. of Labor, Washington, D.C., for plaintiff-appellant.
 E. B. Haltom, Jr., Donald H. Patterson, Florence, Ala., for defendant-appellee.
 Before AINSWORTH, GODBOLD and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We are in agreement with the well reasoned Memorandum Opinion of the district court, Hodgson v. Mauldin, 344 F.Supp. 302 (1972), and its judgment is affirmed.